FILED '07 MAY 14 13:06 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MICHAEL TODD DUNN,

    Petitioner,

v.

SUPERINTENDENT JEAN HILL,

    Respondent.

Civil No.: 07-420-TC

## FINDINGS AND RECOMMENDATION

Petitioner was ordered on April 6, 2007, to file an amended petition within 30 days of this court's order dismissing plaintiff's initial petition. To date petitioner has not filed an amended petition or responded to the court's order to show cause.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: May 14, 2007

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION